IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TIMOTHY SANDERS, | § § | |
| Plaintiff, | § § | |
| v. | § § | |
| SPP, Inc.; DIVERSE FUNDING ASSOCIATES, LLC; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | § § § § § | Case No. 6:20-cv-157-JDK |
| Defendants. | | |

**FINAL JUDGMENT**

Pursuant to the Court's Orders dismissing the case (Docket Nos. 6 and 9), the Court hereby enters Final Judgment.

**IT IS ORDERED** that Plaintiff Timothy Sanders's claims against Defendants SPP, Inc.; Diverse Funding Associates, LLC; and Travelers Casualty and Surety Company of America are **DISMISSED WITH PREJUDICE**.

All motions by either party not previously ruled on are hereby **DENIED**. All attorney's fees and costs are to be borne by the party that incurred them. The Clerk of the Court is directed to close this case.

So **ORDERED** and **SIGNED** this **16th** day of **December, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE